PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | CR-1-02-58-1 |
| DOCKET NUMBER *(Rec. Court)* | CR07-5OO11-PHX-EHC |

| NAME OF SUPERVISED RELEASEE: Derek Transier | DISTRICT Southern District of Ohio | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Sandra S. Beckwith Chief United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM November 3, 2006 — TO November 2, 2011 |

*Stamp: FILED X / RECEIVED / LODGED / COPY — FEB 0 5 2007 — CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY ___ DEPUTY*

**OFFENSE**
Conspiracy to Distribute in Excess of 1,000 Kilograms of Marijuana

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/21/06
*Date*

*[signature]*
*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-2-07
*Effective Date*

*[signature]*
*United States District Judge*

A4